UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:20CR123 (SRU) |
| v. | |
| JAMAL BATISTE | May 6, 2021 |

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Matthew Borges, a Task Force Officer (TFO) currently assigned to the ("ATF"), New Haven Field Office, having been duly sworn, do hereby state:

### I.   INTRODUCTION

1. I am an Officer with the New Haven Police Department and have been since January 2, 2013. I am also a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), assigned to the New Haven Field Office. Accordingly, I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code, that is, an officer empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Section 2516 of Title 18. I have been employed by ATF as a Task Force Officer since August 2019.

2. I have received specialized training in firearms identification and the investigation of firearms related offenses. I have participated in investigations involving the unlawful possession of firearms by prohibited persons, including persons who are previously convicted felons; the possession of firearms in furtherance of the distribution of narcotics; and the use of firearms in the commission of violent acts. I have participated in investigations involving individuals who unlawfully possess firearms. I have provided testimony in Grand Jury

1

proceedings and spoken with informants and subjects, as well as local and federal law enforcement officers, regarding the manner in which individuals obtain, finance, store, manufacture, transport, and distribute their illegal firearms and drugs. I have received training, both formal and on-the-job, in the provisions of the federal firearms and narcotics laws administered under Titles 18, 21 and 26 of the United States Code.

3. I have participated in this investigation and, as a result of my participation and information received from other law enforcement officers, I am thoroughly familiar with the circumstances of the investigation and the information set forth in this affidavit. The information contained in this affidavit is based on, among other information, the following: interviews of suspects, police reports, and other documents obtained by the ATF and officers of the New Haven Police Department; my personal knowledge and involvement in the investigation, as well as that of other special agents of the ATF; and my training and experience as a criminal investigator, in conjunction with the training and experience of other investigators involved in the case.

4. This affidavit is made in support of a search warrant for buccal DNA swab samples from Jamal Batsite ("Batiste"), with a date of birth of xx/xx/1989. Batiste is currently indicted under federal criminal case number 3:20CR123 (SRU) pending before Judge Sefan R. Underhill. Jamal Batiste is charged with one count of Title 18, United States Code Sections 922(g)(1) and 924(a)(2) for Unlawful Possession of Ammunition by a Convicted Felon. Batiste is incarcerated in Connecticut state custody at Whalley Avenue Correctional Facility, 245 Whalley Avenue, New Haven, CT with inmate number 384890. There is a hearing scheduled in Bridgeport, CT on May 10, 2021 and the defendant is being produced from the state facility to the federal courthouse in Bridgeport.

5. The information supplied in this affidavit is based in part upon an investigation into this matter carried out by me, other agents and officers of the ATF, the New Haven Police Department, and other law enforcement agencies. The statements contained in this affidavit are based, in part, on my review of reports and/or information provided to me by other members of law enforcement and the Connecticut Department of Probation. Because this affidavit is being submitted for the limited purpose of securing a search warrant for buccal DNA swab samples, I have not included each and every fact known to me concerning this investigation. Rather, I have included only those facts which I believe support probable cause for the requested search warrant for DNA from Jamal Batiste.

## PROBABLE CAUSE

6. As part of my duties, I am currently participating in an investigation into the suspected criminal activity of Batiste. During the week ending September 7, 2019, an individual known to police officers provided information that Batiste always carried a firearm on his person or in his his car. The informant further provided that Batiste was recently arrested at probation and that he keeps his firearm in his car, a black four door older sedan. The informant further explained that Batiste recently drove to probation with the firearm in his car. Investigating Officers were familiar with Batiste from a previous domestic dispute involving Batiste where there was a mention of a firearm. Through a state police records check Officers confirmed Batiste was a convicted felon which prohibits him from possessing firearms legally under Connecticut State Law. Officers were also able to confirm that Batiste was the registered owner of a black Honda Accord bearing Connecticut registration plate AM-62900. They further confirmed Batiste was currently on probation and the officers reached out to the defendant's assigned probation officer.

7. On September 16, 2019, Batiste agreed to meet with Probation Officer Marano of Connecticut State Probation. NHPD Officers in a rental vehicle set up surveillance and observed

Batiste drive to the New Haven Probation office in his black Honda Accord bearing Connecticut registration plate AM-62900. Officers observed Batiste park his Honda on Humphrey Street, exit the Honda Accord, and walk to the Adult Probation building. The officers communicated their observations to the probation officer.

8. Upon his arrival at probation, Probation Officer Marano met with Batiste, asked him how he had gotten to probation, had the defendant consent to the search of his vehicle and retrieved the car keys to the black Honda Accord. Probation officer Marano opened the door and searched the interior of the vehicle and located a loaded Advantage Arms .22 caliber handgun. Also, during the search of the vehicle Probation officer Marano located a black knapsack (fanny pack) containing additional .22 caliber rounds in the back seat of the car. The New Haven Police Department took custody of the vehicle.

9. Shortly thereafter, New Haven Police Department Bureau of Identification Detective Mayes (now Testa) arrived on scene to process the vehicle and take custody of the evidence. Detective Mayes rendered the firearm safe. Detective Mayes then collected and processed the firearm obtaining multiple swabs of DNA.

10. I know, based on my training and experience, that individuals can leave traces of DNA on items that they touch, such as bags of drugs, firearms, or parts of a vehicle such as a door handle. A qualified laboratory can analyze these DNA traces to determine a DNA profile for the person or persons who touched the object(s). Additionally, using a sample of DNA from a person, a laboratory can determine a person's DNA profile. The two profiles can then be compared to see if they are similar.

11. On March 19, 2021, a swab from the trigger of the weapon (item #002-001) and a swab from the grip of the weapon (item #003-001) were submitted to The State of Connecticut Department of Public Safety, Forensic Science Laboratory.

12. On April 29, 2021, the State of Connecticut Department of Emergency Services and Public Protection of Division of Scientific Services (Public Safety Forensic Laboratory) issued a report based on its testing that determined a mixed profile was obtained from both samples. Item 002-001 was insufficient for CODIS entry an item 003-001 was determined to have a complex mixture. The laboratory determined a known sample from the suspect is required for comparison to the evidentiary results. The suspect in this case is Jamal Batiste DOB xx/xx/1989.

13. Based on your Affiants training and experience, I am aware that the Department of Public Safety Forensic Science Laboratory, 278 Colony Street, Meriden, CT, has the ability, expertise, and procedures to conduct scientific analysis on biological samples, including saliva secretions and buccal cell samples, to identify and compare DNA profiles from evidence obtained at crime scenes and from victims and, or perpetrators of crimes. Affiant Borges conducted a State Police Records Check of Jamal Batiste which confirmed Batiste is a convicted felon. Batiste's felony conviction does not allow him to legally possess a firearm.

14. A Department of Corrections check confirmed Batiste is currently incarcerated at the Whalley Avenue Correctional Facility, 245 Whalley Avenue, New Haven, CT. Further, Jamal Batiste is being produced to the Bridgeport Federal Court House for a hearing on May 10, 2021 before Federal District Court Judge Underhill. Allison Near, the attorney for Jamal Batiste, was made aware of this request for authority to obtain a buccal swab for comparison.

## METHOD

15. The DNA samples sought herein will be collected by buccal swabbing. This method involves taking a sterile swab (similar to a Q-Tip) and gently scrubbing the inside right cheek, then the inside left cheek, for approximately five (5) to ten (10) seconds. Two samples are requested in the event that one of the samples becomes contaminated or otherwise cannot be tested. The samples seized will be submitted to a forensic laboratory and will be subject to examination, testing and analysis, and will be compared to the DNA material obtained from the physical evidence, seized during this investigation.

## CONCLUSION

16. Based upon the foregoing, there is probable cause to believe, and I do believe, that, obtaining buccal swabbing samples from the inside of Jamal Batiste's mouth for Serology and Deoxyribonucleic Acid analysis may provide evidence of a violation of 18 U.S.C. § 922(g)(1) (unlawful possession of a firearm and ammunition by a felon).

*Matthew Borges 5/6/21*
Matthew Borges
Task Force Officer, ATF

The truth of the foregoing affidavit has been attested to me telephonically by TFO Matthew Borges over the telephone on this 6th day of May, 2021.

_____
HONORABLE ROBERT J. SPECTOR
UNITED STATES MAGISTRATE JUDGE